UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anderson Lee Jacobs, | Civ. No. 23-222 (JWB/ECW) |
| Plaintiff, | |
| v. | |
| Discovery ID Media Co, Polk Co WI Sheriff Dept, Brent Waak, *Polk Co WI Sheriff*, and Mark Biller, *Polk Co District Attorney*, | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| Defendants. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright dated March 31, 2023. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 31, 2023 Report and Recommendation (Doc. No. 3) is **ACCEPTED**;

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** without prejudice; and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 8, 2023                                                                 *s/ Jerry W. Blackwell*
                                                                                                   JERRY W. BLACKWELL
                                                                                                   United States District Judge